*R. Cappello* for the United States. *Samuel Paige* and *Norma Z. Paige* for respondent.

No. 811. WHITSELL *v.* ALEXANDER ET AL. C. A. 7th Cir. Certiorari denied. MR. JUSTICE HARLAN took no part in the consideration or decision of this application. *John J. Yowell* for petitioner. *Albert E. Jenner, Jr.* for Alexander et al., and *John T. Chadwell* and *Richard M. Keck* for the American Optical Co., respondents.

No. 466, Misc. HOOKS *v.* HARDWICK, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 578, Misc. KONETZKE *v.* ILLINOIS ET AL. Supreme Court of Illinois. Certiorari denied.

No. 591, Misc. FRIESEN *v.* INDUSTRIAL ACCIDENT COMMISSION OF CALIFORNIA ET AL. Supreme Court of California. Certiorari denied. Petitioner *pro se. Everett A. Corten* for the Industrial Accident Commission, respondent.

No. 603, Misc. SKINNER *v.* RANDOLPH, WARDEN. Circuit Court of Lee County, Illinois. Certiorari denied.

No. 614, Misc. BOYKIN *v.* ELLIS, GENERAL MANAGER, TEXAS PRISON SYSTEM, ET AL. Court of Criminal Appeals of Texas. Certiorari denied.

No. 807. CARE *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. *Charles Hill Johns* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *J. F. Bishop* for the United States.